

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 03, 2019.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| TEAM EXPRESS DISTRIBUTING, LLC | § § | Chapter 11 |
| Debtor. | § § § | Case No.: 15-53044 |

_____

**ORDER GRANTING LIQUIDATION TRUSTEE'S OMNIBUS
MOTION TO EXPUNGE CLAIMS SCHEDULED AS UNLIQUIDATED,
CONTINGENT, OR DISPUTED FOR WHICH THE SCHEDULED
CLAIMANT DID NOT FILE A PROOF OF CLAIM**
_____

Came on for consideration *Liquidation Trustee's Omnibus Motion to Expunge Claims Scheduled as Unliquidated, Contingent, or Disputed for Which the Scheduled Claimant Did Not File a Proof of Claim* (the **"Motion"**) filed by William R. Patterson in his capacity as the Liquidation Trustee (the **"Trustee"**) of the Team Express Liquidation Trust (the **"Trust"**). Having reviewed the Motion, relevant pleadings, and the evidence and the arguments presented therewith and by counsel, the Court finds that: (a) notice of the Motion was proper under the circumstances; (b) the claims that the Trustee seeks to expunge from claim registry are null and void and disallowed by statute, rule, and applicable

pleadings and orders of this Court; and (c) cause exists to grant the relief requested in the Motion as set forth below.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that the Unliquidated Claims identified in the attached **Exhibit A** to this Order are hereby null, void, disallowed, and expunged completely from the claim registry of the Court and Trust, and that Trustee shall have no further obligations whatsoever related to such expunged Unliquidated Claims.

### ###END OF ORDER###

ORDER PREPARED AND SUBMITTED BY:

/s/John J. Kane
Joseph M. Coleman (State Bar No. 0456610)
John J. Kane (State Bar No. 24066794)
Kane Russell Coleman Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone: 214-777-4200
Telecopier: 214-777-4299
E-mail: jkane@krcl.com; jcoleman@krcl.com

# EXHIBIT A

Team Express Distributing, LLC
Unliquidated Scheduled Claims without Filed Proof of Claim

| Creditor | Unsecured | Unliquidated |
|---|---:|:---:|
| 3N2 BASEBALL/SOFTBALL | 138.10 | X |
| ACCRASPEED DBA REF GOLF COMPANY | 42.00 | X |
| ADIDAS # 13542 | 106,576.91 | X |
| ALLIED (NU PRINTS) ADVERTISING AGENCY, INC. | 4,129.21 | X |
| ALPHABRODER | 1,662.53 | X |
| AMMO BAT COMPANY, LLC (IA) | 200.00 | X |
| ANCHOR SPORTS, LTD. | 474.00 | X |
| ASICS TIGER # 202716 | 7,254.54 | X |
| BADEN SPORTS, INC. | 312.00 | X |
| BAILEY'S INNOVATIVE PRODUCTS | 242.00 | X |
| BALL QUBE | 168.00 | X |
| BAW ATHLETIC WEAR | 994.00 | X |
| BOXERCRAFT | 60.85 | X |
| BRATT SPORTS, LLC | 90.00 | X |
| CHAMPION SPORTS | 781.09 | X |
| CHAMPION/HANESBRANDS | 6.32 | X |
| CLIFF KEEN ATHLETIC | 254.35 | X |
| COBBLESTONE | 253.75 | X |
| COVER SPORTS USA | 264.50 | X |
| ELAN-POLO, INC. | 331.20 | X |
| ENVIROMENTAL SPORTS PROD, LLC | 36.00 | X |
| GILL ATHLETICS/PORTER | 435.23 | X |
| GLOVER'S EASY SCORE BOOKS | 2,865.85 | X |
| GSM, LLC (XONE LLC) | 38,328.42 | X |
| INNOVATIVE SPORTS, INC | 180.00 | X |
| IRON GLOVES, INC. | 42.90 | X |
| JAEGER SPORTS, INC | 620.00 | X |
| JAYPRO SPORTS, LLC | 4,181.94 | X |
| L. HECKEL - ASSOCIATES, LLC DBA MOUTHGUARDZ | 138.95 | X |
| MAJESTIC ATHLETIC | 14,308.01 | X |
| MARSHALL BROWNING INT'L CORP | 27.88 | X |
| MARTIN SPORTS | 84.00 | X |
| MIKASA SPORTS USA | 395.00 | X |
| MPOWERED STRATEGIC PRTNRS, INC | 891.00 | X |
| NUWAVE, LLC (TASTE OF HOME) | 152.00 | X |
| PERFECT GLOVE, LLC | 4,362.00 | X |
| PIK PRODUCTS, LLC | 75.00 | X |
| PINNACLE SPORTS EQUIPMENT INC. | 457.00 | X |
| PITCHER'S TEE, LLC | 406.50 | X |
| POWER SYSTEMS | 287.64 | X |
| PRO CELEBRITY | 2,976.84 | X |
| PRO FEET INC. | 254.06 | X |
| PRO ICE DIVERSIFIED SPORTS | 748.04 | X |

# **EXHIBIT A**

| Creditor | Unsecured | Unliquidated |
|---|---:|:---:|
| PRO NINE SPORTS | 712.50 | X |
| PRO PERFORMANCE, LLC | 52,377.25 | X |
| PRO TUFF DECALS | 1,747.40 | X |
| PROMOUNDS INC | 6,877.60 | X |
| PSETECHNOLOGY, LLC | 27.00 | X |
| PSI91, INC. (UNDER ARMOUR) | 448.00 | X |
| PUKKA, INC | 126.00 | X |
| QUICKSTRIKE/NEW BALANCE | 315.28 | X |
| RED LION PRODUCTS #7858 | 212.88 | X |
| REEBOK INTERNATIONAL | 941.24 | X |
| ROGERS SPORTS GROUP, INC | 59.40 | X |
| ROMAN BORMET | 416.00 | X |
| RUDE AMERICAN BAT COMPANY | 579.00 | X |
| SARANAC GLOVE COMPANY | 144.00 | X |
| SCHUTT SPORTS | 555,097.65 | X |
| SCORE-RIGHT PUBLISH | 43.60 | X |
| SEVEN SPORTS INC | 315.20 | X |
| SPARKLE - SHINE ACCESSORIES | 72.00 | X |
| SPORTSTAR ATHLETICS, INC. (IA) | 296.25 | X |
| STADIUM CHAIR COMPANY | 180.25 | X |
| STRIKE TEC SYSTEMS, LLC | 210.00 | X |
| STROMGREN SUPPORT | 25.74 | X |
| SWIVEL VISION, LLC | 690.00 | X |
| TANDEM SPORTS | 1,764.70 | X |
| TANEL 360 | 467.69 | X |
| TANNERS, INC. | 2,108.11 | X |
| TAYLOR MADE ADIDAS GOLF | 86.00 | X |
| TEAM 22 LACROSSE | 833.00 | X |
| TEAM DEFENDER, INC | 819.00 | X |
| TETRAMAST, LLC (CAGE GAUNTLET) | 360.00 | X |
| THE JUGS COMPANY | 81,692.37 | X |
| THROWRIGHT L.L.C. | 3,440.00 | X |
| TOSA BLANKS - MORE | 79.95 | X |
| TOTAL CONTROL SPORTS | 7,584.68 | X |
| TRI FOXCO USA INC. | 480.60 | X |
| UNEQUAL TECHNOLOGIES CO | 2,823.00 | X |
| VINCI CO., LLC | 50.00 | X |
| WHITE LINE EQUIPMENT CO | 126.03 | X |
| XPROTEX SPORT GROUP WORLDWIDE | 2,472.00 | X |